JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Wendy Magee, | 2:20-cv-02618-VAP-GJSx |
|---|---|
| Plaintiff, | |
| v. | **JUDGMENT** |
| Nike Retail Services, Inc., et al., | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to the Order Granting Defendant Nike Retail Services, Inc.'s Motion for Summary Judgment, IT IS ORDERED AND ADJUDGED that the action, *Wendy Magee v. Nike Retail Services, Inc., et al.*, 2:20-cv-02618-VAP-GJSx, is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

**IT IS SO ORDERED.**

Dated:  6/2/21

*Virginia A. Phillips*
Virginia A. Phillips
United States District Judge